

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-096-JCM-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| NGOCLAN THI DANG | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#78), sentencing held on January 14, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $31,935.00

**Total Amount of Restitution ordered: $31,935.00\*\***

\*\*Joint and Several with co-defendants Ky Vu, Gary Louis Rodriguez and Michael Dwaine Spradling

Dated this 10/6/17 day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE